UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY NUDELMAN.,

                    Plaintiff,

        -against-

ADI RAVIV and HTI ASSOCIATES LLC,

                    Defendants.

26-CV-01390 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On March 27, 2026, *pro se* Defendant Adi Raviv ("Raviv") submitted a letter seeking "an extension of time to answer, move, or otherwise respond to the Complaint."   ECF No. 9. Additionally, Raviv includes a request for a corresponding extension of time on behalf of Defendant HTI Associates LLC ("HTI"), of which he is the sole member.   *Id.*   The Court granted Raviv's request, extending the deadline to answer, move, or otherwise respond to the Complaint to May 4, 2026.   ECF No. 10.   Although Raviv was precluded from moving for an extension on behalf of HTI, the Court nonetheless *sua sponte* extended the time of HTI to answer, move, or otherwise respond to the Complaint to May 4, 2026.   *Id.*

On May 2, 2026, Raviv submitted a second request for an extension of time to answer, move, or otherwise respond to the Complaint.   ECF No. 12.   Raviv also included a second request for a corresponding extension of time on behalf of HTI.   *Id.*

Accordingly, Raviv's request for an extension of time to answer, move, or otherwise respond to the Complaint is **GRANTED**, *nunc pro tunc*.   The deadline for Raviv to respond to the Complaint is hereby extended to **May 26, 2026**.   Consistent with the Court's April 2, 2026 Order, although Raviv cannot move on behalf of HTI, the Court nonetheless *sua sponte* extends

the time of HTI to answer, move, or otherwise respond to the Complaint until **May 26, 2026**.

SO ORDERED.

Dated:   May 6, 2026
         New York, New York

_____
         JEANNETTE A. VARGAS
   UNITED STATES DISTRICT JUDGE