UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
GARY NUDELMAN,                                          :
                                                        :
                              Plaintiff,                :        26-CV-1390 (JAV)
                                                        :
              -v-                                       :        ORDER
                                                        :
ADI RAVIV, et al.,                                     :
                                                        :
                              Defendants.               :
                                                        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On June 24, 2026, a Suggestion of Bankruptcy was filed in this case, advising that on June 23, 2026, Defendant HTI Associates LLC ("HTI") filed a voluntary petition for relief pursuant to Chapter 7, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of New Jersey. See ECF No. 17.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed as against HTI pending further order of the Court. *See* 11 U.S.C. § 362(a)(1) (the filing of a Chapter 7 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

SO ORDERED.

Dated: June 26, 2026
       New York, New York          _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge