UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY NUDELMAN,

                              Plaintiff,

                   -against-

ADI RAVIV, et al.,

                              Defendants.

26-CV-01390

ORDER REGARDING PRO SE
DEFENDANT APPEARANCE

JEANNETTE A. VARGAS, United States District Judge:

Defendant Adi Raviv, proceeding *pro se,* is directed to file a Notice of Pro Se Appearance

and provide all contact information in this Notice.  Defendant also may file (1) a Consent to

Electronic Service to receive notification by email of all filings in this action.

The Clerk of Court is directed to:

1.  Add the PRO SE DFT Flag to this action
2.  Add the following address to the caption of the docket: 131 Dudley Street, Apt. 321 Jersey City, NJ 07302
3.  Mail Defendant the Information Package for Litigants Without Attorneys and note the mailing on the docket
4.  Mail a copy of this order to the following address and note service on the docket:
    a.  131 Dudley Street, Apt. 321 Jersey City, NJ 07302

SO ORDERED.

Dated: June 30, 2026
       New York, New York

_____
       JEANNETTE A. VARGAS
       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the first and last name of each plaintiff.

Case No. _____ CV _____

-against-

**NOTICE OF PRO SE
APPEARANCE**

_____

_____

_____

Write the first and last name of each defendant.

I, _____ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

_____          _____
Executed on (date)                          Signature

_____          _____
Name                                        Prison Identification # (if incarcerated)

_____          _____
Address                    City                       State        Zip Code

_____          _____
Telephone Number (if available)             E-mail Address (if available)

Rev. 3/30/26