**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Gary Nudelman,**

**Plaintiff,**

**-against-**

**Adi Raviv, et al.,**

**Defendants.**

**1:26-cv-01390 (JAV)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Defendant Raviv's August 10, 2026 letter requesting adjournment of the settlement conference that is currently scheduled for Monday, August 24, 2026, at 2:00 p.m. (ECF No. 29). Defendant Raviv's request is GRANTED. The August 24 settlement conference hereby is adjourned *sine die*.

The Court is unavailable during the week of September 21, 2026, and thus the dates proposed by the parties for the adjourned settlement conference are not workable. Accordingly, it is hereby ORDERED that, no later than Monday, August 17, 2026, the parties shall send an email to Aaron_NYSDChambers@nysd.uscourts.gov advising the Court if the parties are available on any of the following dates/times:

- Tuesday, October 6, 2026, at 10:00 a.m. or 2:00 p.m.
- Wednesday, October 7, 2026, at 10:00 a.m. or 2:00 p.m.
- Thursday, October 8, 2026, at 10:00 a.m. or 2:00 p.m.

If the parties are not available on those dates, the parties shall set forth in the email four other mutually agreeable dates for a settlement conference. As before, the email should indicate the parties' preference for an in-person conference or a remote conference via Microsoft Teams.

**SO ORDERED.**

Dated: New York, New York
August 10, 2026

Stewart D. Aaron
STEWART D. AARON
United States Magistrate Judge